BRYAN SCHRODER
United States Attorney

CHARISSE ARCE
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: 907-271-5071
Fax: 907-271-1500
Email: charisse.arce@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:20-cr-00085-TMB-DMS |
| Plaintiff, | COUNT 1: CONSPIRACY TO COMMIT WIRE FRAUD |
| v. | Vio. of 18 U.S.C. § 1349 |
| FORREST NICHOLAS WRIGHT, and NATHAN MICHAEL KEAYS, | COUNTS 2-17: WIRE FRAUD Vio. of 18 U.S.C. § 1343 |
| Defendants. | COUNT 18: CONSPIRACY TO COMMIT MONEY LAUNDERING Vio. of 18 U.S.C. §§ 1956(h) and 1957(a) |
| | COUNTS 19-34: ENGAGING IN MONETARY TRANSACTIONS IN PROPERTY DERIVED FROM SPECIFIED UNLAWFUL ACTIVITY Vio. of 18 U.S.C. § 1957(a) and 2 |

|                                  | ) | CRIMINAL FORFEITURE |
|                                  | ) | ALLEGATION:         |
|                                  | ) | Vio. of 18 U.S.C. §§ 981(a)(1)(c), |
|                                  | ) | 982(a)(1), and 28 U.S.C. § 2461(c) |
|                                  | ) |                     |
| _____  | ) |                     |

# I N D I C T M E N T

The Grand Jury charges that:

## INTRODUCTORY ALLEGATIONS

At all times relevant to this Indictment:

1. Victim Business is a multinational energy development corporation with a branch office in Anchorage, Alaska.

2. From January 2012 to December 2019, Victim Business employed FORREST NICHOLAS WRIGHT ("WRIGHT") as a Senior Drilling and Wells Planner. WRIGHT was responsible for ordering material and labor for Victim Business' drilling and wells program. WRIGHT had the authority to approve orders for materials and services for purchase and use by Victim Business up to $1 million.

3. In his position as Senior Drilling and Wells Planner, WRIGHT had the authority to propose suppliers to become "approved vendors" for Victim Business. Only approved vendors could sell materials and provide services to Victim Business.

4. NATHAN MICHAEL KEAYS ("KEAYS") was a police officer with the Anchorage Police Department, and was a former high school classmate of WRIGHT.

5. Eco Edge Armoring, LLC ("Eco Edge") was registered with the State of Alaska Department of Commerce, Community, and Economic Development ("DCCED") on May 20, 2015. It was wholly owned by KEAYS.

6. Spectrum Consulting Services ("Spectrum") was registered with the State of Alaska DCCED on April 5, 2019. It was wholly owned by WRIGHT.

7. DB Oilfield Support Services ("DB Oilfield") was registered by WRIGHT with the State of Alaska DCCED on April 23, 2019, but domiciled in Oklahoma. It was wholly owned by "D.B.," a person known to the grand jury.

<u>The First Scheme to Defraud (WRIGHT & KEAYS)</u>

8. Beginning in or about February 2019, and continuing through December 2019, in the District of Alaska and elsewhere, the defendants, FORREST NICHOLAS WRIGHT and NATHAN MICHAEL KEAYS, devised a material scheme and artifice to defraud Victim Business of money. Specifically, WRIGHT and KEAYS falsely represented to Victim Business that Eco Edge was an experienced oil and gas industry company to effectuate approval to supply goods and services to Victim Business. WRIGHT and KEAYS used Eco Edge's fraudulently obtained status as an approved vendor to submit fraudulent invoices to Victim Business for services that were not completed and for materials that did not exist, and for which Victim Business paid approximately $3,087,720. The money obtained by WRIGHT and KEAYS from Victim Business through false and fraudulent pretenses, was shared by WRIGHT and KEAYS for their personal use and benefit, including, but not limited to, paying personal expenses, purchasing real estate, and supporting their ongoing purported business operations.

Manner and Means of the First Scheme to Defraud

9. In February 2019, WRIGHT proposed Eco Edge to be approved as a vendor to Victim Business and submitted fraudulent information to obtain such approval.

10. WRIGHT and KEAYS conspired to create materially false information for publication on Eco Edge's business website to convey to Victim Business and the public that it was a legitimate oil and gas industry company.

11. WRIGHT wrote industry specific content for KEAYS to use in emails later sent to Victim Business. In order to effectuate the scheme and hide their roles in it, WRIGHT and KEAYS used their personal email accounts to communicate the industry specific content to include in the supposed business emails.

12. Subsequently, WRIGHT used the fraudulent emails purportedly from Eco Edge as attachments to justify contract awards to Eco Edge.

13. Eco Edge, through KEAYS, submitted approximately $3,251,383 in fraudulent invoices to Victim Business for materials that did not exist, such as drilling pipes and pit liners, and for pipe inspection work that was never completed.

14. After receiving the fraudulent invoices, WRIGHT would instruct Victim Business employees to approve the invoices by falsely representing that the materials were accounted for, when in truth and fact, WRIGHT knew the materials did not exist.

15. Victim Business would generally send electronic payments for the fraudulent invoices from its business bank account, through interstate commerce, to the bank account under the control of KEAYS. The electronic payments from Victim

Business's bank account were wired from JPMorgan Chase Bank, N.A, and traveled from outside Alaska, to Eco Edge's Alaska USA Federal Credit Union account in Alaska.

16. KEAYS would send approximately 50 percent of the fraudulent proceeds from the Eco Edge business bank account to Spectrum's bank account, which was under the control of WRIGHT and a person known to the grand jury.

17. Between April 2019 and October 2019, Victim Business paid Eco Edge approximately $3,087,720 for the "materials" and "work" described in the fraudulent invoices when no materials existed and no work was ever performed.

### The Second Scheme to Defraud (WRIGHT)

18. Beginning in or about February 2019, and continuing through December 2019, in the District of Alaska and elsewhere, the defendant, FORREST NICHOLAS WRIGHT, and others known and unknown to the Grand Jury, devised a material scheme and artifice to defraud Victim Business of money. Specifically, WRIGHT falsely represented to Victim Business that DB Oilfield was an experienced oil and gas industry company to effectuate approval to supply goods to Victim Business. WRIGHT used DB Oilfield's fraudulently obtained status as an approved vendor to submit fraudulent invoices to Victim Business for materials that were never delivered and did not exist, and for which Victim Business paid approximately $4,148,000. The money obtained by WRIGHT from Victim Business through false and fraudulent pretenses, was shared with WRIGHT for his personal use and benefit, including, but not limited to, paying personal expenses and purchasing real estate.

//

## Manner and Means of the Second Scheme to Defraud

19. In April 2019, WRIGHT registered DB Oilfield with the Alaska Department of Commerce, Community, and Economic Development and listed D.B. as the owner.

20. WRIGHT hired a contractor to create a business website for DB Oilfield, which contained materially false information to convey to the public it was a legitimate oil and gas industry company.

21. In April 2019, WRIGHT created an email account on behalf of DB Oilfield.

22. In April 2019, WRIGHT proposed DB Oilfield to be approved as a vendor to Victim Business and submitted fraudulent information to obtain such approval.

23. WRIGHT used the DB Oilfield email address to send emails to himself at his business email address, appearing to be in negotiations for nonexistent materials.

24. Subsequently, WRIGHT used the fraudulent emails purportedly from DB Oilfield as attachments to justify contract awards to DB Oilfield.

25. DB Oilfield, through WRIGHT and a person known to the grand jury, submitted approximately $4,148,000 in fraudulent invoices to Victim Business for materials that did not exist, such as pipe racks.

26. After receiving the fraudulent invoices, WRIGHT would instruct Victim Business employees to approve the invoices by falsely representing that the materials were accounted for, when in truth and fact, WRIGHT knew the materials did not exist.

27. Victim Business would generally send electronic payments for the fraudulent invoices from its business bank account, through interstate commerce, to the

bank account under the control of D.B. The electronic payments from Victim Business's bank account were wired from JPMorgan Chase Bank, N.A, traveled from outside Alaska, to DB Oilfield's Alaska USA account in Alaska.

28. D.B. would send approximately 90 percent of the fraudulent proceeds from the DB Oilfield business bank account, to Spectrum's bank account, which was under the control of WRIGHT and a person known to the grand jury.

29. Between June 2019 and September 2019, Victim Business paid DB Oilfield approximately $4,148,000 for the "materials" described in the fraudulent invoices.

## COUNT 1
## CONSPIRACY TO COMMIT WIRE FRAUD

30. Paragraphs 1-6 and 8-17 of this Indictment are hereby realleged in their entirety and incorporated by reference herein.

31. From on or about February 26, 2019, through on or about December 12, 2019, within the District of Alaska and elsewhere, the defendants, FORREST NICHOLAS WRIGHT and NATHAN MICHAEL KEAYS, did knowingly and intentionally conspire to devise a scheme and artifice to defraud one or more persons, to wit: Victim Business, and to obtain money and property from Victim Business by means of materially false and fraudulent pretenses, representations, and promises, and by concealment of material facts, and, for the purpose of executing such scheme and artifice and attempting to do so, did transmit, and cause to be transmitted, by means of wire communication in interstate commerce, certain writings, signs and signals, in violation of 18 U.S.C. § 1343.

All of which is in violation of 18 U.S.C. § 1349.

## COUNTS 2 - 12
## WIRE FRAUD

32. Paragraphs 1-6, 8-17 and 30-31 of this Indictment are hereby realleged in their entirety and incorporated by reference herein.

33. On or about the dates set forth in the separate counts below, within the District of Alaska and elsewhere, the defendants, FORREST NICHOLAS WRIGHT and NATHAN MICHAEL KEAYS, did knowingly, and with intent to defraud, devise and intend to devise a scheme and artifice to defraud as to a material matter and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and by concealment of material facts, and, for the purpose of executing such scheme and artifice and attempting to do so, did transmit and cause to be transmitted, by means of wire communication in interstate commerce, certain writings, signs and signals, namely:

//
//
//
//
//
//
//
//

| COUNT | DATE | DESCRIPTION OF WIRE COMMUNICATION | AMOUNT |
|---|---|---|---|
| 2 | May 16, 2019 | Wire Transfer from Victim Business' JP Morgan Chase account ending in 8448 to Eco Edge's Alaska USA account ending in 7951 | $320,000 |
| 3 | May 19, 2019 | Wire Transfer from Victim Business' JP Morgan Chase account ending in 8448 to Eco Edge's Alaska USA account ending in 7951 | $974,473.50 |
| 4 | May 20, 2019 | Wire Transfer from Victim Business' JP Morgan Chase account ending in 8448 to Eco Edge's Alaska USA account ending in 7951 | $495,600 |
| 5 | May 27, 2019 | Wire Transfer from Victim Business' JP Morgan Chase account ending in 8448 to Eco Edge's Alaska USA account ending in 7951 | $98,430 |
| 6 | June 2, 2019 | Wire Transfer from Victim Business' JP Morgan Chase account ending in 8448 to Eco Edge's Alaska USA account ending in 7951 | $82,500 |
| 7 | June 2, 2019 | Wire Transfer from Victim Business' JP Morgan Chase account ending in 8448 to Eco Edge's Alaska USA account ending in 7951 | $99,300 |
| 8 | July 7, 2019 | Wire Transfer from Victim Business' JP Morgan Chase account ending in 8448 to Eco Edge's Alaska USA account ending in 7951 | $60,450 |
| 9 | July 7, 2019 | Wire Transfer from Victim Business' JP Morgan Chase account ending in 8448 to Eco Edge's Alaska USA account ending in 7951 | $60,450 |
| 10 | July 7, 2019 | Wire Transfer from Victim Business' JP Morgan Chase account ending in 8448 to Eco Edge's Alaska USA account ending in 7951 | $124,775 |
| 11 | October 2, 2019 | Wire Transfer from Victim Business' JP Morgan Chase account ending in 8448 to Eco Edge's Alaska USA account ending in 7951 | $66,300 |
| 12 | October 2, 2019 | Wire Transfer from Victim Business' JP Morgan Chase account ending in 8448 to Eco Edge's Alaska USA account ending in 7951 | $64,325 |

All of which is in violation of 18 U.S.C. § 1343.

//

//

## COUNTS 13 - 17
## WIRE FRAUD

34. Paragraphs 1-3, 6-7, and 18-29 of this Indictment are hereby realleged in their entirety and incorporated by reference herein.

35. On or about the dates set forth in the separate counts below, in the District of Alaska and elsewhere, the defendant, FORREST NICHOLAS WRIGHT, did knowingly, and with intent to defraud, devise and intend to devise a scheme and artifice to defraud as to a material matter and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and by concealment of material facts, and, for the purpose of executing such scheme and artifice and attempting to do so, did transmit and cause to be transmitted, by means of wire communication in interstate commerce, certain writings, signs and signals, namely:

| COUNT | DATE | DESCRIPTION OF WIRE COMMUNICATION | AMOUNT |
|---|---|---|---|
| 13 | June 16, 2019 | Wire Transfer from Victim Business' JP Morgan Chase account ending in 8448 to DB Oilfield's Alaska USA account ending in 5982 | $990,000 |
| 14 | June 16, 2019 | Wire Transfer from Victim Business' JP Morgan Chase account ending in 8448 to DB Oilfield's Alaska USA account | $990,000 |
| 15 | June 23, 2019 | Wire Transfer from Victim Business' JP Morgan Chase account ending in 8448 to DB Oilfield's Alaska USA account ending in 5982 | $990,000 |
| 16 | July 8, 2019 | Wire Transfer from Victim Business' JP Morgan Chase account ending in 8448 to DB Oilfield's Alaska USA account ending in 5982 | $462,000 |
| 17 | September 24, 2019 | Wire Transfer from Victim Business' JP Morgan Chase account ending in 8448 to DB Oilfield's Alaska USA account ending in 5982 | $716,000 |

All of which is in violation of 18 U.S.C. § 1343.

## COUNT 18
## CONSPIRACY TO COMMIT MONEY LAUNDERING

36. Paragraphs 1-33 of this Indictment are hereby realleged in their entirety and incorporated by reference herein.

37. From on or about February 26, 2019 through on or about December 12, 2019, in the District of Alaska and elsewhere, the defendants, FORREST NICHOLAS WRIGHT and NATHAN MICHAEL KEAYS, knowingly and intentionally combined, conspired, and agreed with each other and with other persons known and unknown to the Grand Jury, to commit offenses against the United States in violation of 18 U.S.C. § 1957, to wit: to knowingly engage and attempt to engage, in monetary transactions by, through and to a financial institution, affecting interstate commerce, in criminally derived property of a value greater than $10,000, that is the withdrawal, deposit, and transfer of funds, such property having been derived from a specified unlawful activity, that is Wire Fraud, in violation of 18 U.S.C. § 1343, as alleged in Counts 2-12.

All of which is in violation of 18 U.S.C. §§ 1956(h) and 1957.

## COUNTS 19 - 29
## MONEY LAUNDERING

38. Paragraphs 1-33 and 36-37 of this Indictment are hereby realleged in their entirety and incorporated by reference herein.

39. In the separate counts listed below as counts 19-29, NATHAN MICHAEL KEAYS drew up checks in varying amounts made payable to Spectrum, from the Eco Edge Alaska USA Federal Credit Union bank account ending in 7951. NATHAN MICHAEL KEAYS caused the transfer of said checks to FORREST NICHOLAS

WRIGHT, who thereafter caused the deposit of said checks into Spectrum's Alaska USA Federal Credit Union bank account ending in 0183.

40. On or about the dates set forth in the separate counts below, listed as counts 19-29, in the District of Alaska and elsewhere, the defendants, FORREST NICHOLAS WRIGHT (FW) and NATHAN MICHAEL KEAYS (NK), knowingly engaged and attempted to engage in the following monetary transactions by, through and to a financial institution, affecting interstate commerce, in criminally derived property of a value greater than $10,000, that is, the withdrawal, deposit, and transfer of funds from and to the financial institutions identified below, such property having been derived from specified unlawful activity, that is, Wire Fraud, as alleged in Counts 2-12:

//
//
//
//
//
//
//
//
//
//
//
//

| COUNT | DEFENDANT | DATE | MONETARY TRANSACTION |
|---|---|---|---|
| 19 | FW, NK | May 24, 2019 | FW caused the deposit of check #1104 in the amount of $160,000 into Spectrum's Alaska USA account ending in 0183. |
| 20 | FW, NK | May 24, 2019 | FW caused the deposit of check #1105 in the amount of $487,236.75 into Spectrum's Alaska USA account ending in 0183. |
| 21 | FW, NK | May 24, 2019 | FW caused the deposit of check #1106 in the amount of $247,800 into Spectrum's Alaska USA account ending in 0183. |
| 22 | FW, NK | May 29, 2019 | FW caused the deposit of check #1108 in the amount of $49,215 into Spectrum's Alaska USA account ending in 0183. |
| 23 | FW, NK | June 5, 2019 | FW caused the deposit of check #1109 in the amount of $49,650 into Spectrum's Alaska USA account ending in 0183. |
| 24 | FW, NK | June 5, 2019 | FW caused the deposit of check #1110 in the amount of $41,250 into Spectrum's Alaska USA account ending in 0183. |
| 25 | FW, NK | June 13, 2019 | FW caused the deposit of check #1114 in the amount of $120,000 into Spectrum's Alaska USA account ending in 0183. |
| 26 | FW, NK | June 13, 2019 | FW caused the deposit of check #1115 in the amount of $80,000 into Spectrum's Alaska USA account ending in 0183. |
| 27 | FW, NK | July 9, 2019 | FW caused the deposit of check #1121 in the amount of $60,450 into Spectrum's Alaska USA account ending in 0183. |
| 28 | FW, NK | July 9, 2019 | FW caused the deposit of check #1118 in the amount of $62,375.50 into Spectrum's Alaska USA account ending in 0183. |
| 29 | FW, NK | October 4, 2019 | FW caused the deposit of check #1129 in the amount of $65,312.50 into Spectrum's Alaska USA account ending in 0183. |

All of which is in violation of 18 U.S.C. § 1957(a) and 2.

//

//

## COUNTS 30-34
## MONEY LAUNDERING

41.	Paragraphs 1-3, 6-7, 18-27 and 34-35 of this Indictment are hereby realleged in their entirety and incorporated by reference herein.

42.	In the separate counts listed below as counts 30-34, D.B., a person known to the Grand Jury, signed checks made payable to Spectrum Consulting, from the DB Oilfield Alaska USA Federal Credit Union bank account ending in 5982. FORREST NICHOLAS WRIGHT thereafter caused the deposit of said checks into Spectrum's Alaska USA Federal Credit Union bank account ending in 0183.

43.	On or about the dates set forth in the separate counts below, listed as counts 30-34, in the District of Alaska and elsewhere, the defendant, FORREST NICHOLAS WRIGHT (FW), knowingly engaged and attempted to engage in the following monetary transactions by, through and to a financial institution, affecting interstate commerce, in criminally derived property of a value greater than $10,000, that is, the withdrawal, deposit, and transfer of funds from and to the financial institutions identified below, such property having been derived from specified unlawful activity, that is, Wire Fraud, as alleged in Counts 13-17:

//

//

//

//

//

| COUNT | DEFENDANT | DATE | MONETARY TRANSACTION |
|---|---|---|---|
| 30 | FW | June 17, 2019 | FW caused the deposit of check #46 in amount of $891,000 into Spectrum's Alaska USA account ending in 0183. |
| 31 | FW | June 19, 2019 | FW caused the deposit of check #47 in the amount of $891,000 into Spectrum's Alaska USA account ending in 0183. |
| 32 | FW | June 25, 2019 | FW caused the deposit of check #48 in the amount of $891,000 into Spectrum's Alaska USA account ending in 0183. |
| 33 | FW | July 9, 2019 | FW caused the deposit of check #49 in the amount of $415,800 into Spectrum's Alaska USA account ending in 0183. |
| 34 | FW | September 27, 2019 | FW caused the deposit of check #52 in the amount of $644,400 into Spectrum's Alaska USA account ending in 0183. |

All of which is in violation of 18 U.S.C. § 1957(a) and 2.

CRIMINAL FORFEITURE ALLEGATION
Wire Fraud Proceeds and Money Laundering

1. The allegations contained in Counts 1-34 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(c) and 982(a)(2)(A).

2. Upon conviction of any of the offenses in violation of 18 U.S.C. §§ 1349, 1343, 1956, and 1957 set forth in Counts 1-34 of this Indictment, the defendants, FORREST NICHOLAS WRIGHT and NATHAN MICHAEL KEAYS, shall forfeit to the United States of America, pursuant to 18 U.S.C. § 981(a)(1)(c), 982(a)(1), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation(s).

If any of the property described above, as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

All pursuant to 18 U.S.C. §§ 981(a)(1)(c), 982(a)(1), and 28 U.S.C. § 2461(c).

A TRUE BILL.

s/ Grand Jury Foreperson<br>GRAND JURY FOREPERSON

s/ Charisse Arce
CHARISSE ARCE
Assistant U.S. Attorney
United States of America


s/ Bryan Schroder
BRYAN SCHRODER
United States Attorney
United States of America

DATE: September 15, 2020