E. BRYAN WILSON
Acting United States Attorney

CHARISSE ARCE
MICHAEL HEYMAN
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: Charisse.Arce@usdoj.gov
       Michael.Heyman@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:20-cr-00085-TMB-DMS |
| Plaintiff, | ) | |
| vs. | ) | |
| FORREST NICHOLAS WRIGHT, and NATHAN MICHAEL KEAYS, | ) | |
| Defendants. | ) | |

**STATUS REPORT**

COMES NOW the United States of America, by and through the undersigned attorneys, and hereby provides this status report in the above captioned case. The United

States filed its last status report on January 29, 2021. (Dkt. 39.) This status report provides updated information and developments.

This case contains a voluminous amount of discovery and has been declared unusual and complex. (Dkts. 30 and 33.) The Indictment contains 34 separate charges and involves two different wire fraud and money laundering schemes. The parties have met and conferred and continue to cooperate to facilitate discovery. Discovery is still ongoing as well as defendants' review of it.[1]

A. <u>Materials Produced</u>

As of the date of this filing, the government has produced a total of 23 separate batches of discovery to both defendants; below is a chart specifying the date made available, to whom, and the volume of materials which are identified by the number of materials, not pages. Generally, the materials provided include the defendants' statements, recorded interviews, subpoena returns, investigative reports, and search warrant returns for the defendants' respective work and personal email accounts.

/ /

/ /

/ /

---

[1] Defendant Forrest Wright has filed a Notice of Intent to Change Plea (Dkt. 42) and a Proposed Change of plea hearing is set for March 31, 2021. (Dkt. 44).

| Date | Recipient | Items Produced |
|---|---|---|
| 10/23/2020 | All | 580 |
| 10/23/2020 | Wright | 1055 |
| 10/23/2020 | Keays | 293 |
| 12/15/2020 | All | 635 |
| 1/5/2021 | Wright | 4100 |
| 1/11/2021 | Keays | 4000 |
| 1/14/2021 | Keays | 3000 |
| 1/15/2021 | Keays | 2997 |
| 1/19/2021 | Keays | 2210 |
| 1/26/2021 | Wright | 3800 |
| 1/26/2021 | Wright | 3714 |
| 1/26/2021 | All | 23 |
| 1/27/2021 | All | 1 |
| 2/3/2021 | All | 3313 |
| 2/10/2021 | All | 29 |
| 2/19/2021 | All | 3 |
| 2/19/2021 | Wright | 1 |
| 2/19/2021 | Keays | 2222 |
| 2/25/2021 | Keays | 3000 |
| 3/2/2021 | Keays | 3000 |
| 3/12/2021 | Keays | 6660 |
| 3/12/2021 | All | 21 |
| 3/23/2021 | All | 2 |
|  | **Total** | **44659** |

B.  Electronic Discovery Produced/Pending Production

This case involves a significant volume of electronic evidence acquired through six different search warrants executed at locations owned by the defendants as well as the electronics on their persons.

The large quantity of digital media generally falls into one of three categories, devices that have been: (1) reviewed/returned to defendant as not relevant to the criminal case; (2) reviewed and are pending production in electronic format; (3) pending FBI

U.S. v Wright et al          Page 3 of 8
3:20-cr-00085-TMB-DMS
Case 3:20-cr-00085-TMB-DMS   Document 53   Filed 03/29/21   Page 3 of 8

agent review. Below specifies the status of each respective piece of evidence for defendant Nathan Keays.

1. 1B71 – iPhone model A1984 IMEI 356247103093238 (returned to Nathan Keays).

2. 1B72 – SanDisk thumb drive in sack marked "business" (imaging completed; USAO production pending). [2]

3. 1B73 – SIM card 89014103271797452149, 4488AG3026 (to be returned to Keays).

4. 1B74 – HP Envy x 360 Laptop SN 8CG7421JLP (imaging completed and produced; USAO production pending).

5. 1B75 – AT&T flip phone (to be returned to Keays).

6. 1B77 – 1.0 GB SanDisk SD card (to be returned to Keays).

7. 1B78 – 1 GB Dane Elec SD Card (to be returned to Keays).

8. 1B81 – "my passport" portable hard drive S/N WX41E4191268 (imaging completed and produced; USAO production pending).

9. 1B82 – 2GB SD memory card (to be returned to Keays).

10. 1B85 – Portable hard drive S/N WXH808399188 (imaging completed and produced; USAO production pending).

11. 1B86 – LG Tablet S/N 504CQPV992464 (to be returned to Keays).

---

[2] On January 21, 2021, counsel for Nathan Keays provided a hard drive to the FBI to allow imaging of approximately 8 terabytes of electronic evidence.

*U.S. v Wright et al*                       Page 4 of 8
3:20-cr-00085-TMB-DMS
Case 3:20-cr-00085-TMB-DMS   Document 53   Filed 03/29/21   Page 4 of 8

12. 1B87 – Mini HP Laptop s/n CNF001CWJJ (imaging completed and produced; USAO production pending).

13. 1B91 – Samsung NOM tablet (to be returned to Keays).

14. 1B93 – Samsung Tablet s/n R52J31HNGQV IMEI 358004/07/14061414 (to be returned to Keays).

15. 1B94 – iPhone model A1332 IC579C-E2380B (to be returned to Keays).

16. 1B95 – black USB drive (imaging completed; production pending).

17. 1B96 – Desktop computer s/n R3014LN7 (to be returned to Keays).

18. 1B97 – ASUS Laptop s/n K4NRCV001683148 (imaging completed and produced; USAO production pending).

19. 1B98 – SD Card (to be returned to Keays).

20. 1B100 – WD Elements SE portable hard drive s/n WXT1A9892JN1 (imaging completed and produced; USAO production pending).

21. 1B101 – Blue USB drive (to be returned to Keays).

22. 1B103 – Thumb drive labeled "Tribeca" (to be returned to Keays).

23. 1B104 – iphone A154G, IMEI 359231066247972 (Pending FBI Review).

24. 1B106 – Samsung Tablet s/n R52J30Q5BTY IMEI 358004/07/136521/7 (to be returned to Keays).

25. 1B107 – Samsung S -T23oNu S/N R52F91MS80F (to be returned to Keays).

26. 1B108 – LG Gpad 7.0 model V410, SN 503CQX777108 IMEI 014300-00-777108-0 (to be returned to Keays).

27. 1B109 – One (1) Samsung Phone, IMEI 357190100798295 (to be returned to Keays).

28. 1B112 – Item #2 Mac Mini Serial YM80746MYL2 (Pending FBI Review).

29. 1B114 – HP Pavillion Computer Tower (Pending FBI Review).

30. 1B119 – Black USB Drive (to be returned to Keays).

Below specifies the status of each respective piece of electronic evidence acquired from the search of Forrest Wright.

1. 1B47 – LG Cell Phone (to be returned to Forrest Wright; no pertinent materials for production).

2. 1B51 – USB drive (to be returned to Forrest Wright; no pertinent materials for production).

3. 1B53 – Rose gold iPhone (FBI review pending; materials to be produced).

4. 1B54 – Lenovo Laptop (imaging completed and produced; USAO production pending).

5. 1B56 – iPhone 11 (imaging completed and produced; USAO production pending).

6. 1B57 – iPhone (Amanda Wright's, and has been returned to her).

7. 1B58 – iPad (Defendant's iPad and has been returned).

*U.S. v Wright et al*  Page 6 of 8
3:20-cr-00085-TMB-DMS
Case 3:20-cr-00085-TMB-DMS   Document 53   Filed 03/29/21   Page 6 of 8

8. 1B61 – USB (to be returned to Forrest Wright; no pertinent materials for production).

9. 1B62 – USB (to be returned to Forrest Wright; no pertinent materials for production).

10. 1B63 – USB (to be returned to Forrest Wright; no pertinent materials for production).

B. Additional Materials Pending Production

In the last status report, the government estimated there were approximately 12 additional batches of discovery that would be forthcoming in the next four weeks. Since that date, a large volume of materials have been produced (as set forth above), however, some additional materials remain pending due to the complexity of reviewing the electronic material. The government estimates that it will take another approximately 45-days to complete the review and additional period for production (timing will depend on the volume of the material extracted).

As of the date of this filing, both defendants have received the search warrant returns of their own respective work and email accounts, and their own personal bank account statements.

On January 27, 2021, a trial subpoena was served on ConocoPhillips. The United States received subpoena returns from ConocoPhillips on March 10, 2021. Those materials include depositions conducted in the civil suits against defendants filed in the District of Alaska (3:19-cv-00311-SLG) and the District of Nevada (2:19-cv-2132-APG-NJK). The government is in the process of preparing those materials for production.

On January 27, 2021, a trial subpoena was served on the Anchorage Police Department (APD) requesting records of an internal administrative review of Nathan Keays. A filter team was established and has reviewed and produced to Nathan Keays the documents received from APD as part of this subpoena.

The government anticipates submitting one additional trial subpoena to ConocoPhillips to procure the initial disclosures provided by defendants as part of the civil suit filed in the District of Alaska (3:19-cv-00311-SLG).

RESPECTFULLY SUBMITTED this 29th day of March 2021, in Anchorage, Alaska.

E. BRYAN WILSON
Acting United States Attorney

*s/ Charisse Arce*
CHARISSE ARCE
Assistant United States Attorney

**CERTIFICATE OF SERVICE**
I hereby certify that on January 22, 2021,
a copy of the foregoing was served
electronically on:

Jane Imholte, AFD attorney for Forrest Wright
Phillip Weidner, attorney for Nathan Keays

*s/Charisse Arce*
Office of the U.S. Attorney