Phillip Paul Weidner
Lisa Rosano
WEIDNER ROSANO
431 W. 7th Ave., Ste. 101
Anchorage, Alaska 99501
mberns@weidnerjustice.com
Attorneys for Defendant Keays

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| FORREST WRIGHT, ET AL., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

Case No. 3:20-cr-00085-JMK-MMS

## DEFENDANT NATHAN KEAYS' NOTICE THAT DEFENDANT WILL REQUEST A DEFENSE THEORY OF THE CASE INSTRUCTION

Comes now the Defendant Nathan Keays, by and through counsel, and hereby gives notice he is and/or will be requesting an order to instruct the Jury as to his Defense Theory of the Case i.e., to instruct the Jury on a defense theory.

It is well-established that a defendant has a Constitutional right and is entitled to an appropriate instruction in support of his theory of defense. A criminal defendant is entitled to adequate instructions on a defense theory of the case "provided that [the defense theory] is supported by law and has some foundation in

WEIDNER ROSANO
*A Professional Partnership*
431 West 7th Avenue, Suite 101
Anchorage, AK 99501
(907) 276-1200  Fax: 833-594-1281

the evidence." *United \*745 States v. Mason,* 902 F.2d 1434, 1438 (9th Cir.1990).

*Swindell v. Lewis,* 1 F. App'x 744, 744–45 (9th Cir. 2001).

Although Mr. Keays and his Counsel anticipate, that given the evidence in this case, as to matters that have been on the subject of discovery, and/or the defense investigation that such an instruction will be necessary and warranted, neither the Defendant nor his Counsel are required at this time to reveal the details of same, in light of Defendant's right to remain silent and against self-incrimination, effective assistance of counsel, to confidentiality of attorney client communications, and other applicable U.S. Constitutional Rights and thus are not required at this juncture, to set out in detail, the basis and/or foundation for such required instruction.

However, Counsel for Mr. Keays will do so in a timely fashion in light of the ongoing pretrial and trial proceedings and submit an instruction, such that the Court can instruct the Jury in an appropriate fashion as required.

RESPECTFULLY SUBMITTED this 14th day of March, 202.

WEIDNER ROSANO
Attorneys for Keays

*/s/ Phillip Paul Weidner*
Phillip Paul Weidner

CERTIFICATE OF SERVICE
I hereby certify that the foregoing pleading was served on the Government via email on March 14, 2024.

*/s/ Phillip Paul Weidner*

**WEIDNER ROSANO**
*A Professional Partnership*
431 West 7th Avenue, Suite 101
Anchorage, AK 99501
(907) 276-1200 Fax: 833-594-1281