Phillip Paul Weidner
Lisa Rosano
WEIDNER ROSANO
431 W. 7th Ave., Ste. 101
Anchorage, Alaska 99501
mberns@weidnerjustice.com
Attorneys for Defendant Keays

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| FORREST WRIGHT, ET AL., | ) ) |
| Defendants. | ) ) |

Case No. 3:20-cr-00085-JMK-MMS

**DEFENDANT NATHAN KEAYS' NOTICE OF INTENT TO USE THE COURT'S DIGITAL EVIDENCE PRESENTATION SYSTEM AT TRIAL**

COMES NOW Lisa Rosano, Attorney at Weidner Rosano, a Professional Partnership, and hereby gives notice of Defendant's intent to use the Court's Digital Evidence Presentation System ("DEPS") during the Trial by Jury in the above captioned case, currently set for March 25, 2024, at 9:15AM.

RESPECTFULLY SUBMITTED this 19th day of March 2024.

/s/ Lisa Rosano
WEIDNER ROSANO
ABA No. 0511110

CERTIFICATE OF SERVICE
I hereby certify that the foregoing pleading was served on the Government via email on March 19, 2024.

/s/ Lisa Rosano