# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| United States of America, | Case No. 3:20-cr-00085-GMS-MMS-2 |
| Plaintiff, | **ORDER** |
| v. | |
| Nathan Michael Keays, | |
| Defendant. | |

For good cause shown, no objection by the defendant,

IT IS ORDERED granting Government's Application for Expedited Consideration (Doc. 428).

IT IS FURTHER ORDERED granting Government's Application for Limited Unsealing of Ex Parte Hearing (Doc. 427). The hearing is unsealed for the limited purpose of providing a transcript to the government.

Dated this 30th day of July, 2025.

_G. Murray Snow_
G. Murray Snow
Senior United States District Judge