**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| United States of America, | No. 3:20-cr-00085-GMS-MMS-2 |
|     Plaintiff, | **ORDER** |
| v. | |
| Nathan Michael Keays, | |
|     Defendant. | |

The undersigned informs the parties that in fulfillment of his administrative responsibilities, he sat as a member of the Ninth Circuit Judicial Council which disciplined Judge Kindred. The Court is not aware that anything about this service constitutes "a disputed evidentiary fact," or is otherwise implicated by the Judicial Canons, 28 U.S.C. § 455 or otherwise. Should this Court's service on the Judicial Council at issue cause concern to any of the parties about the undersigned's ability to sit on this case pursuant to 28 U.S.C. § 455 or otherwise, the Court directs that party or parties to raise the matter with the Court within **thirty days** of the date of this order so that any such concerns can be considered and appropriate action taken to address such concerns.

Dated this 25th day of August, 2025.

G. Murray Snow

G. Murray Snow

Senior United States District Judge