RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ALLIE WILSON
Assistant Federal Public Defender
New York State Bar No. 5479597
200 S. Virginia Street, Suite 340
Reno, Nevada 89501
(775) 321-8451/Tel.
(702) 388-6261/Fax
Allie_Wilson@Fd.Org

Attorney for Nathan Michael Keays

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>v.<br><br>Nathan Michael Keays,<br><br>        Defendant. | Case No. 3:20-cr-00085-GMS-MMS-2<br><br>**Defendant's Response to Court Order at ECF No. 439.** |

      Nathan Keays, by and through undersigned counsel, hereby responds to the Court's order issued August 25, 2025 and filed at ECF No. 439. Mr. Keays does not have concerns about the Court presiding over Mr. Keays' case despite the Court's participation in the Judicial Council that issued the decision in In re Complaint of Judicial Misconduct, No. 22-90121 (May 23, 2024), which made disciplinary findings against Judge Kindred.

      //

DATED August 11, 2025

                                                               RENE L. VALLADARES
                                                               Federal Public Defender

                                        By:     *s/ Allie Wilson*
                                                       Allie Wilson
                                                         Assistant Federal Public Defender
                                                         Counsel for Defendant Nathan Keays

**Certificate of Service**

      I hereby certify that I electronically filed the foregoing with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on September 11, 2025. All participants in this case are registered CM/ECF users and will be served electronically.

                                                                     */s/Allie Wilson*
                                                                     Assistant Federal Public Defender