SCOTT BRADFORD
United States Attorney
District of Oregon

STEPHEN L. CORSO
Assistant United States Attorney
MICHAEL J. HEYMAN
United States Attorney
District of Alaska
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Email: stephen.corso@usdoj.gov
Email: michael.heyman@usdoj.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| vs. | ) | No. 3:20-cr-00085-GMS-MMS |
| NATHAN MICHAEL KEAYS, | ) |  |
| Defendant. | ) |  |

**GOVERNMENT'S NOTICE OF APPEAL**

The United States of America gives notice that it appeals to the United States Court

of Appeals for the Ninth Circuit, under 18 U.S.C. § 3731, the district court's orders entered

January 30, 2026, at Dkts. 453 (redacted unsealed version) and 454 (sealed) granting a new trial to Keays after the jury returned guilty verdicts.

RESPECTFULLY SUBMITTED this 2nd day of March 2026, in Anchorage, Alaska.

SCOTT BRADFORD
United States Attorney
District of Oregon

s/ *Stephen L Corso*
STEPHEN L. CORSO
Assistant United States Attorney
District of Alaska

**CERTIFICATE OF SERVICE**

I certify that on March 2, 2026, a true and correct copy of the foregoing was served on the defendant and counsel via the court's electronic case filing system.

s/ *Stephen L Corso*
Assistant United States Attorney

*U.S. v. Keays*
3:20-cr-00085-GMS-MMS         Page 2 of 2
Case 3:20-cr-00085-ACP-MMS   Document 459   Filed 03/02/26   Page 2 of 2